**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| EDWARD AUSTIN BALES,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES and JANE DOES,<br><br>　　　　　　　　Defendants. | NO: 2:15-cv-00162-JPH<br><br>REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

　　　Plaintiff, a federal prisoner housed at FCI Manchester in Kentucky, is proceeding *pro se* and *in forma pauperis*. By Order filed August 3, 2015, the Court granted Plaintiff leave to amend his complaint to identify Defendants upon whom the complaint could be served. Plaintiff has filed nothing further in this action.

　　　Plaintiff sought monetary damages, claiming that another prisoner inflicted harm against him while he was housed at the Spokane County Jail in 2011. He asserts that he was diagnosed with Post-Traumatic Stress Disorder ("PTSD") in October 2013. Although the Court found that Plaintiff's allegations were sufficient to state a claim, he failed to state his claim against anyone other than John and Jane Does. It is impossible

REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT
PREJUDICE FOR FAILURE TO PROSECUTE -- 1

for the U.S. Marshal to serve unidentified Defendants.  Plaintiff was granted the opportunity to cure this deficiency, but has filed nothing further.

Therefore, **IT IS RECOMMENDED** that this action be dismissed without prejudice for failure to prosecute, pursuant to Fed.R.Civ.P. 41(b).

## OBJECTIONS

Any party may object to a magistrate judge's proposed findings, recommendations or report within fourteen (14) days following service with a copy thereof.  Such party shall file written objections with the Clerk of the Court and serve objections on all parties, specifically identifying the portions to which objection is being made, and the basis therefor.  Any response to the objection shall be filed within fourteen (14) days after receipt of the objection.  Attention is directed to Fed. R. Civ. P. 6(e), which adds additional time after certain kinds of service.

A district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination.  The judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon.  The judge may, but is not required to, accept or consider additional evidence, or may recommit the matter to the magistrate judge with instructions.  *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000); 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72; LMR 4, Local Rules for the Eastern District of Washington.

REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE -- 2

A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

**IT IS SO RECOMMENDED.**  The District Court Executive is directed to enter this Report and Recommendation, forward a copy to Plaintiff, and **SET A CASE MANAGEMENT DEADLINE ACCORDINGLY.**

DATED October 6, 2015.

>                s/ *James P. Hutton*
>                James P. Hutton
>                United States Magistrate Judge

REPORT AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE -- 3